UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. B-10-1424 |
| | § | |
| PAULINO ORTIZ-AMARO | § | |

**ORDER**

BE IT REMEMBERED on this 11th day of April, 2011, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed January 04, 2011, wherein the defendant Paulino Ortiz-Amaro waived appearance before this Court and appeared before the United States Magistrate Judge Ronald G. Morgan for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The magistrate judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Paulino Ortiz-Amaro to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and is hereby adopted. The Court finds the Defendant Paulino Ortiz-Amaro guilty of the offense of alien unlawfully found in the United States after deportation, in violation of 8 U.S.C. 1326(a).

Signed this 11th day of April, 2011.

Andrew S. Hanen
United States District Judge